**No. 53811.**—Harmar Co. *v.* United States, protest 123000–K/687 (Chicago.)

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.